| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Anthony Diehl SBN 342160<br>APD Law<br>104 Blue Note, Irvine, CA, USA<br>Irvine, CA 92618<br>ATTORNEY FOR   Plaintiff | (949) 694-9702 | |

| CENTRAL DISTRICT, SANTA ANA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | |
|---|---|

| SHORT TITLE OF CASE:<br>Mirza, Farhan v. Rausch Sturm LLP | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>8:26-cv-00845 |
|---|---|---|---|
| **Declaration of Service** | | | Ref. No. or File No: |

## United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Complaint; Civil Case Cover Sheet; Certificate of Interested Parties; Notice of Case Assignment**

On: **Rausch Sturm LLP By Serving Kenneth Wake, Agent for Service**

I served the summons at:

**300 N Executive Dr suite 200  Brookfield, WI 53005**

On: **4/29/2026**          Date: **11:03 AM**

In the above mentioned action  by substituted service and leaving with

**Jane Doe (Gender: F Age: 30 Height: 5'3" Weight: 160 Race: Hispanic Hair: black Other: Elena, refused to provide last name) - Receptionist**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Linda Lee**
  b. Address: **21860 Burbank Blvd. #125, Woodland Hills, CA 91367**
  c. Telephone number: **9096649577**
  d. **The fee** for this service was: **245.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Linda Lee          4-30-2026

Date: **04/29/2026**

| Declaration of Service | Invoice #: 14548002 |
|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Anthony Diehl SBN 342160**<br>**APD Law**<br>**104 Blue Note, Irvine, CA, USA**<br>**Irvine, CA 92618**<br>ATTORNEY FOR  **Plaintiff** | **(949) 694-9702** | |
| CENTRAL DISTRICT, SANTA ANA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>Mirza, Farhan v. Rausch Sturm LLP | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>8:26-cv-00845 |
|---|---|---|---|
| **Declaration of Service by Mail** | | | Ref. No. or File No: |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years andnot a party to the within entitled action.

On **04/29/2026**, I served the within:
**Summons; Complaint; Civil Case Cover Sheet; Certificate of Interested Parties; Notice of Case Assignment**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Woodland Hills**, California, addressed as follows:

**Rausch Sturm LLP**
**300 N Executive Dr suite 200  Brookfield, WI 53005**

Declarant:

  a. Name: **Lisa Jensen**
  b. Address: **21860 Burbank Blvd. #125, Woodland Hills, CA 91367**
  c. Telephone number: **9096649577**
  d. **The fee** for this service was: **245.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



**Lisa Jensen**                          Date: **04/30/2026**