JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FARHAN MIRZA,

               Plaintiff,

          v.

RAUSCH STURM LLP,

              Defendant.

Case No. 8:26-cv-00845 ADS

JUDGMENT

Pursuant to the Court's Order Entering Judgment Against Defendant Pursuant to Federal Rule of Civil Procedure 68, the Court adjudges the above-captioned case in favor of Plaintiff Farhan Mirza and against Defendant Rausch Sturm LLP.

DATED:  June 11, 2026

                    /s/ Autumn D. Spaeth
               THE HONORABLE AUTUMN D. SPAETH
               United States Magistrate Judge